■ DENNIS COULMAN, Appellant, v SUBURBAN PROPANE, LP, Doing Business as SUBURBAN PROPANE, Respondent. [741 NYS2d 924] —Appeal from an order of the Supreme Court (Dowd, J.), entered April 23, 2001 in Otsego County, which granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Kevin M. Dowd.

Crew III, J.P., Peters, Mugglin, Rose and Lahtinen, JJ., concur. Ordered that the order is affirmed, with costs.